*E-Filed: June 26, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMT INVESTMENTS PLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.  14-cv-05323-HRL<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TMT Investments PLC, German Kaplun, and Alexander Morgulchick filed this action on December 4, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until April 5, 2015 to serve defendants. On March 3, 2015, Plaintiffs filed an Ex Parte Application for Expedited Discovery. Dkt. No. 6. Plaintiffs requested leave to take depositions and obtain documents from Automattic, Inc. and Facebook, Inc. to learn the identities of the Doe defendants. The court denied this motion on April 8, 2015, finding that Plaintiffs did not make the required showing of good cause. Dkt. No. 10. However, the court gave Plaintiffs leave to re-file the application for expedited discovery. *Id.* Plaintiffs have not re-filed the application for expedited discovery. The Doe defendants have not been served.

Plaintiffs shall appear on July 28, 2015, at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a Statement in response to this Order to Show Cause no later than July 21, 2015. The statement shall state (1) the status of Plaintiffs' efforts to identify

and serve the Doe defendants; and (2) how much additional time, if any, is needed to identify and serve the Doe defendants.

The case management conference, currently set for June 30, 2015, is continued to September 29, 2015 at 1:30 pm in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: June 26, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge