*E-Filed: July 28, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMT INVESTMENTS PLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No. 14-cv-05323-HRL <br><br> **ORDER CONTINUING SHOW CAUSE HEARING** |

TMT Investments PLC, German Kaplun, and Alexander Morgulchick filed this action on December 4, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until April 5, 2015 to serve defendants. On March 3, 2015, Plaintiffs filed an Ex Parte Application for Expedited Discovery. Dkt. No. 6. Plaintiffs requested leave to take depositions and obtain documents from Automattic, Inc. and Facebook, Inc. to learn the identities of the Doe defendants. The court denied this motion on April 8, 2015, finding that Plaintiffs did not make the required showing of good cause. Dkt. No. 10. However, the court gave Plaintiffs leave to re-file the application for expedited discovery. Id. Plaintiffs have not re-filed the application for expedited discovery. The Doe defendants have not been served.

The court ordered Plaintiffs to appear on July 28, 2015, and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiffs filed a Response to the Order to Show Cause, asserting that they have been persistent but unsuccessful in their efforts to discover the identities of the Doe defendants. For good cause shown, the show cause hearing is continued

1  to August 25, 2015, at 10:00 a.m. Plaintiffs' counsel shall appear in person and be prepared to
2  describe specifically and in detail current ongoing efforts to serve the defendants.
3  **IT IS SO ORDERED.**
4  Dated: July 28, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge