1

E-Filed on August 31, 2015

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    TMT INVESTMENTS PLC, et al.,                No. 14-cv-5323 HRL

           Plaintiffs,
8
           v.                                    **ORDER DISMISSING FOR FAILURE
9                                                TO PROSECUTE**
     JOHN DOE, 1-10,
10                                               Re: Dkt. Nos. 11, 14
           Defendants.
11

12          Plaintiffs TMT Investments PLC, German Kaplun, and Alexander Morgulchik sued ten

13   anonymous John Does in December 2014 for defamation, invasion of privacy, interference with

14   business relations, and trademark infringement. Plaintiffs base their claims on the contents of

15   blogs published online at armdconflict.wordpress.com and tmtinvestments.wordpress.com, as well

16   as on the similar contents of facebook.com/tmtinvestments.  Plaintiffs expressly consented to

17   magistrate jurisdiction and applied for expedited discovery of Defendants' identities.  On April 8,

18   2015, the court denied Plaintiffs' application without prejudice for failure to show good cause.

19          Plaintiffs did not reapply for expedited discovery or serve any defendants. On June 26 the

20   court ordered Plaintiffs to show cause why the case should not be dismissed for failure to

21   prosecute.  Dkt. No. 11.  The Order to Show Cause required Plaintiffs to file a Response no later

22   than July 21, 2015, and to appear for a hearing on July 28, 2015.  Plaintiffs filed their Response on

23   July 23 and asserted persistent attempts to identify the Doe defendants, but did not appear for the

24   show-cause hearing on July 28.  The court continued the hearing to August 25, 2015, and ordered

25   Plaintiffs' counsel to be prepared with a detailed and specific description of ongoing efforts to

26   serve the defendants.  Dkt. No. 14.  Counsel did not appear on August 25.  Plaintiffs have failed to

27

28

United States District Court
Northern District of California

show cause why this case should not be dismissed for failure to prosecute; the court therefore dismisses this case without prejudice.

     **IT IS SO ORDERED.**

Dated: August 31, 2015



_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California

2